GORDON, DEMANDANTE Y APELANTE, *v.* GODREAU, DEMANDADO Y APELADO.

APELACIÓN procedente de la Corte de Distrito de Guayama, en pleito sobre nulidad de expediente posesorio.

No. 1511.—Resuelto en enero 18, 1917.

NULIDAD DE EXPEDIENTE POSESORIO—APRECIACIÓN DE LA PRUEBA—PASIÓN, PREJUICIO O PARCIALIDAD—ERROR MANIFIESTO.—En este caso la evidencia ofrecida por la demandante tiende a demostrar que ella construyó la casa de que se trata con recursos propios, mientras que la evidencia del demandado tiende a justificar que esa casa fué construída por un representante suyo con recursos que él aprontaba para ello. *Se resolvió:* Que este conflicto de prueba fué decidido por la corte inferior en contra de la demandante y a favor del demandado, mediante la conclusión de no haberse justificado suficientemente las alegaciones de la demanda y declaratoria hecha en la sentencia de no haberse demostrado la nulidad del expediente posesorio, y que no se iría contra esa apreciación por no haberse justificado que la corte inferior obrara influída por pasión, prejuicio o parcialidad, o que procediera con manifiesto error.

Los hechos están expresados en la opinión.

Abogado de la apelante: *Sr. Antonio Rodríguez.*

Abogado del apelado: *Sr. José C. Ramos.*

EL JUEZ PRESIDENTE SR. HERNÁNDEZ, emitió la opinión del tribunal.

Con fecha 8 de noviembre de 1915 produjo demanda Amparo Gordon ante la Corte de Distrito de Guayama contra Guillermo Godreau Manatou en que alega que es dueña de una casa que describe radicada en un solar de Julio Godreau Manatou, calle de Palmer del pueblo de Salinas, por haberla construído con dinero de su propiedad durante los meses de enero a abril del año 1913, habiéndola poseído desde entonces a título de tal dueña, y que el demandado, a sabiendas de que dicha finca era de la propiedad de la demandante, sin conocimiento ni consentimiento de ésta, había promovido ex-

pediente ante la corte expresada para inscribir a nombre propio la posesión de la casa, cuya inscripción se verificó en el Registro de la Propiedad de Guayama en 28 de noviembre de 1913. La demanda concluye con la súplica de que se declare nulo el expediente posesorio tramitado a instancia de Guillermo Godreau Manatou y se ordene la cancelación en el registro de la propiedad del asiento de inscripción de la casa hecho a nombre del demandado, ordenando en su lugar la inscripción de la sentencia que se dicte a favor de la demandante, con imposición al demandado de costas, desembolsos y honorarios de abogado.

A la anterior demanda opuso el demandado una negativa de todos y cada uno de los hechos de la misma, y celebrado el juicio, en que fué oída la evidencia ofrecida por ambas partes, la corte de Guayama, después de estimar probado que allá por los meses de enero a abril de 1913 se fabricó en el pueblo de Salinas la casa descrita en la demanda, llegó a la conclusión de que no se han justificado suficientemente las alegaciones de la demanda y en su virtud pronunció sentencia el 7 de febrero de 1916, por la que "desestima la demanda interpuesta por no haberse justificado suficientemente la nulidad del expediente posesorio, sin perjuicio de los derechos de la demandante para proseguir las acciones que estime oportunas a los efectos de recobrar la cantidad dada por ella para efectuar la construcción, sin especial condena de costas."

Contra esa sentencia interpuso la demandante recurso de apelación para ante esta Corte Suprema.

El motivo fundamental del recurso se hace consistir en error cometido *en la indebida consideración y aplicación de la prueba ofrecida y practicada por la demandante.*

Hemos hecho un detenido examen de las pruebas aportadas al juicio por ambas partes y encontramos que la evidencia ofrecida por la demandante, apelante, tiende a de-

mostrar que ella construyó la casa de que se trata con recursos propios, mientras que la evidencia del demandado tiende a justificar que esa casa fué construída por Julio Godreau Manatou como representante de su hermano el demandado, con recursos que éste aprontaba para ello. Ese conflicto de pruebas fué decidido por la corte de Guayama en contra de la demandante y a favor del demandado mediante su conclusión de no haberse justificado suficientemente las alegaciones de la demanda y declaratoria hecha en la sentencia de no haberse justificado suficientemente la nulidad del expediente posesorio. Y no iremos contra semejante apreciación, pues no se nos ha demostrado que dicha corte obrara influída por pasión, prejuicio o parcialidad, o que procediera con manifiesto error, según exije la constante jurisprudencia de esta Corte Suprema, sobre el particular.

La reserva que se consigna en la sentencia nada resuelve a favor de la demandante con respecto al punto de que es objeto.

Es de confirmarse la sentencia apelada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro, Aldrey y Hutchison.